**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| **ROY DAVIS,** | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **EP-25-CV-00599-DB** |
| | § | |
| **COUNTY OF EL PASO, TEXAS,** *et al.*, | § | |
| **Defendants.** | § | |
| | § | |

**ORDER**

On this day, the Court considered United States Magistrate Judge Anne T. Berton's ("Judge Berton") "Report & Recommendation" ("R&R"), ECF No. 91, filed on August 25, 2026. Therein, Judge Berton recommends that this Court grant Defendants District Attorney James Montoya and Assistant District Attorney Amy Monsivais's "Motion to Dismiss Under Rule 12(b)(1) and (6)," ECF No. 12, and dismiss Plaintiff Roy Davis's ("Plaintiff") claims against them. Plaintiff timely objected to Judge Berton's R&R on August 31, 2026. *See* ECF No. 97. Therefore, the Court has conducted a *de novo* review of the portions of the R&R to which Plaintiff objected, as is required under 28 U.S.C. § 636(b)(1).[1] Following that review, the Court finds Plaintiff's objections should be overruled and that Judge Berton's R&R should be adopted in full.

Accordingly, it is **HEREBY ORDERED** that Plaintiff Roy Davis's "Formal Objections to the Magistrate Judge's Report and Recommendation (ECF No. 91) Objections under 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72(b)," ECF No. 97, are **OVERRULED**.

[1] "Within fourteen days after being served with a copy [of the magistrate judge's proposed findings and recommendations], any party may serve and file written objections to such proposed findings and recommendations as provided by rules of court. A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made."

**IT IS FURTHER ORDERED** that United States Magistrate Judge Anne Berton's "Report and Recommendation," ECF No. 91, is **ADOPTED IN FULL.**

**IT IS FURTHER ORDERED** that "Defendants James Montoya and Amy Monsivais' Motion to Dismiss Plaintiff's Complaint under Rules 12(b)(1) and (6)," ECF No. 12, is **GRANTED.**

**IT IS FURTHER ORDERED** Plaintiff's claims against District Attorney James Montoya and Assistant District Attorney Amy Monsivais are **DISMISSED WITH PREJUDICE.**

**IT IS FINALLY ORDERED** that the District Clerk **SHALL MAIL** a copy of this Order to Plaintiff Roy Davis at 4943 Guadalupe Dr, El Paso, Texas 79904, or at his last known address.

**SIGNED** this 28th day of **September 2026.**

For:

**THE HONORABLE DAVID BRIONES**
**SENIOR UNITED STATES DISTRICT JUDGE**